# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael H. Rosfeld, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:20-cv-00225-NR |
| ) | |
| vs. ) | Judge J. Nicholas Ranjan |
| ) | |
| The University of Pittsburgh – of ) | |
| the Commonwealth System of ) | |
| Higher Education, James K. Loftus, and ) | |
| Kathy Humphrey, ) | |
| ) | |
| Defendants. ) | |

## NOTICE TO WITHDRAW MOTION FOR REMAND

Plaintiff Michael H. Rosfeld gives notice of his intention to withdraw his Motion for Remand and to proceed in the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

_/s/ Timothy G. Uhrich_
**TIMOTHY G. UHRICH, ESQUIRE**
Pa. I.D. No. 54872

1400 The Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
(412) 434-6620
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion for Remand was electronically filed and served through the Court's CM/ECF system this 31st day of March, 2020:

>Jeremy D. Engle, Esquire
>Marcus & Shapira LLP
>35th Floor, One Oxford Centre
>301 Grant Street
>Pittsburgh, Pennsylvania 15219
>
>Jonathan D. Marcus, Esquire
>Marcus & Shapira LLP
>35th Floor, One Oxford Centre
>301 Grant Street
>Pittsburgh, Pennsylvania 15219

Respectfully submitted,

/s/ Timothy G. Uhrich
**TIMOTHY G. UHRICH, ESQUIRE**
PA. I.D. No. 54872

1400 The Allegheny Building
429 Forbes Avenue
Pittsburgh, Pennsylvania 15219
(412) 434-6620